**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jacque LOUISGESTE, a.k.a. Rene
Wilson, Defendant–Appellant.**

No. 10–10759

**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Aug. 17, 2010.

Anne R. Schultz, Wifredo A. Ferrer, U.S. Attorney, Eric Alexander Hernandez,

---

Kathleen M. Salyer, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Robin J. Farnsworth, Patrick Michael Hunt, Federal Public Defender, S.D. FL, Fort Lauderdale, FL, Kathleen M. Williams, Federal Public Defender, Federal Public Defender's Office, Miami, FL, for Defendant–Appellant.

Jacque Louisgeste, McRae, GA, pro se.

Before BLACK, WILSON and KRAVITCH, Circuit Judges.

PER CURIAM:

Robin J. Farnsworth, appointed counsel for Louisgeste in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Louisgeste's conviction and sentence are **AFFIRMED.**